UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODERICK TURK, | No. 2:13-cv-1248-KJN |
| Plaintiff, | |
| v. | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

On February 24, 2014, the parties filed a stipulation of dismissal of the action with prejudice. (ECF No. 17.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), "the plaintiff may dismiss an action without a court order by filing…a stipulation of dismissal signed by all parties who have appeared." Although no court order is required, the court confirms dismissal of the action pursuant to the parties' stipulation for purposes of clarity.

Accordingly, IT IS HEREBY ORDERED that:

1. The action is dismissed with prejudice pursuant to the parties' stipulation and Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

2. Plaintiff's prior unilateral request for dismissal (ECF No. 15) is denied as moot.

////

////

1

    3.  The Clerk of Court is directed to vacate all dates and close this case.

    IT IS SO ORDERED.

Dated: February 26, 2014

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

2